# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 8, 2011

No. 09-20738
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

IVAN ALFONSO VILLARREAL URIBE, also known as Chino, also known as
Juan Montelongo-Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-cr-00572-4

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ivan Alfonso Villarreal Uribe has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967). Villarreal Uribe has filed a response in the form
of a brief. In accordance with this Court's order, counsel filed a transcript of the
sentencing hearing and further *Anders* briefing. Our independent review of the
record and counsel's brief discloses no nonfrivolous issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 09-20738

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.